## A97A0432. GRAVES v. THE STATE.
(508 SE2d 450)

ELDRIDGE, Judge.

In *Graves v. State*, 269 Ga. 772 (504 SE2d 679) (1998), the Supreme Court reversed the judgment of this Court's opinion in *Graves v. State*, 227 Ga. App. 628 (490 SE2d 111) (1997). Therefore, we vacate our earlier opinion and adopt the opinion of the Supreme Court as our own.

*Judgment reversed. Andrews, C. J., Pope, P. J., Johnson, P. J., Blackburn, Ruffin, JJ., and Senior Appellate Judge Harold R. Banke concur.*

DECIDED NOVEMBER 2, 1998.

*Patterson & Patterson, Jackie G. Patterson, Yasma Patterson*, for appellant.

*June D. Green, Solicitor, Steven E. Rosenberg, Assistant Solicitor*, for appellee.